LAW OFFICES OF PAUL B. JUSTI
Paul B. Justi (SBN 124727)
1981 North Broadway, Suite 250
Walnut Creek, CA 94596
Telephone:   (925) 256-7900
Facsimile:    (925) 256-9204

Attorneys for Plaintiff
DAVID WHITCOMB


LAFAYETTE & KUMAGAI LLP
Gary T. Lafayette (SBN 088666)
Brian H. Chun (SBN 215417)
1300 Clay Street, Suite 810
Oakland, CA 94612
Telephone:   (415) 357-4600
Facsimile:    (415) 357-4605

Attorneys for Defendant
HOME DEPOT U.S.A., INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID WHITCOMB,<br><br>Plaintiff,<br><br>v.<br><br>THE HOME DEPOT, INC., a Delaware corporation; and DOES 1-25, inclusive,<br><br>Defendants. | Case No. 3:17-cv-01246-LB<br><br>**STIPULATION OF DISMISSAL**<br><br><br>Complaint filed: March 9, 2017 |

IT IS HEREBY STIPULATED by and between Plaintiff David Whitcomb and Defendant Home Depot U.S.A., Inc. through their designated counsel of record that the above-captioned action be and hereby is dismissed in its entirety with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1) with each party bearing his/its own attorney's fees and costs.

DATED: July 12, 2018                    LAW OFFICES OF PAUL B. JUSTI

                                                           /s/ Paul B. Justi
                                                          PAUL B. JUSTI
                                                          Attorneys for Plaintiff
                                                          DAVID WHITCOMB

DATED: July 12, 2018                    LAFAYETTE & KUMAGAI LLP

                                                           /s/ Brian H. Chun
                                                          BRIAN H. CHUN
                                                          Attorneys for Defendant
                                                          HOME DEPOT U.S.A., INC.

**SIGNATURE ATTESTATION**

I hereby attest that I have obtained the concurrence of Paul B. Justi, counsel for Plaintiff, for the filing of this stipulation.

                                                           /s/ Brian H. Chun
                                                          BRIAN H. CHUN

LAFAYETTE & KUMAGAI LLP
ATTORNEYS AT LAW
1300 CLAY STREET, SUITE 810
OAKLAND, CALIFORNIA 94612
(415) 357-4600
FAX (415) 357-4605